**DELTA FRANGIBLE AMMUNITION, LLC, Plaintiff–Appellant,**

v.

**SINTERFIRE, INC., Defendant– Cross Appellant.**

**Nos. 2010–1170, 2010–1182.**

United States Court of Appeals, Federal Circuit.

March 19, 2010.

Russell D. Orkin, Webb Ziesenheim Logsdon Orkin, Pittsburgh, PA, for Plaintiff–Appellant.

Gerson S. Panitch, Finnegan, Henderson, Farabow, Washington, DC, for Defendant–Cross Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).